UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 22-14356-CIV-CANNON

**GWENDOLYN D. HAVILAND**,
individually and on behalf of all others similarly situated,

    Plaintiff,
v.

**WITH YOU E-COMMERCE INC.**,

    Defendant.
_____/

## ORDER CLOSING CASE AND DISMISSING WITHOUT PREJUDICE

**THIS CAUSE** comes before the Court upon the parties' Stipulation of Dismissal [ECF No. 14], filed on January 11, 2023. Pursuant to Rule 41(a)(1)(A)(ii), the Stipulation of Dismissal, signed by all parties who have appeared, is self-executing and dismisses the case "effective immediately upon filing." *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1277 (11th Cir. 2012). As such, this case is **DISMISSED WITHOUT PREJUDICE**, effective January 11, 2023, the date on which the parties filed their Stipulation of Dismissal [ECF No. 14]. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

    The Clerk of Court is directed to **CLOSE** this case.

    **DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 12th day of January 2023.

                                            **AILEEN M. CANNON**
                                            **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record